# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2934 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 77 DB 2021 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 66379 |
| ALAN KANE, | : | |
| | : | |
| Respondent | : | (Bucks County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of March, 2023, upon consideration of the Report and Recommendations of the Disciplinary Board and Respondent's Petition for Review, Alan Kane is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board.  *See* Pa.R.D.E. 208(g).